

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# MEMORANDUM

Date: April 26, 2012
To: Courtroom Deputy Clerk to, Judge Carter
From: D. Beard
Re: **Notice of Statistical Adjustment**
Case Number: CV-11-09638-DOC(RNBx)
Case Name: Joao Control and Monitoring Systems LLC -v- Ahava Incorporated

This is to notify you that the ☐ Opening ☑ Closing ☐ Reopening ☐ Reassignment of the above-entitled case will be reported for the month of April 2012 instead of February 2012 for the following reason(s):

☐ Document ☐ closing ☐ reopening ☐ reassigning the case, filed on _____
was received on _____, after the reporting cut-off for the filing month.
  ○ Made JS-5 this date.   ○ Made JS-6 this date.   ○ Reassignment made this date.

☑ Document ☑ closing ☐ reopening ☐ reassigning the case was docketed timely but the
  ☑ JS-6   ☐ JS-5   ☐ Reassignment was not statistically made.
  ○ Made JS-5 this date.   ● Made JS-6 this date. ○ Reassignment made this date.

☐ Case was ☐ closed in error on _____. Reopening JS-5 made this date.

☐ Case was ☐ reopened in error on _____. Closing JS-6 made this date.

☐ Case was ☐ assigned ☐ reassigned to _____ in error.
Case is, this date, reassigned from _____ to _____.

☐ Other:

cc: Data Collections & Analysis
    Supervisor: ☐ DQA   ☑ Deputy in Charge

CV-107 (02/08)   MEMORANDUM RE: NOTICE OF STATISTICAL ADJUSTMENT